IN THE UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EX PARTE: | IN THE UNITED STATES ATTORNEY' |
| Eric Pernard Roberson [Complaining Victim/Witness] Complainant | OFFICE AND GRAND JURY IN THE UNITED STATES MAGISTRATES OFFICE /COURTS |
| VS. | |
| Harris County District Judge: 263rd Jim Wallace Harris County District Attorney's Office Of Kim Ogg Defense Attorney Jim Barr TB#01798600 [Defendant's/Respondent's] | CRIMINAL COMPLAINT NO.: |

United States Courts
Southern District of Texas
FILED
NOV 09 2017
David J. Bradley, Clerk of Court

United States Citizen, Eric Pernard Roberson's Petition For An Independent Action To Bring Effective Redress of Grievances For Processing Criminal Complaints Unto THE United States Grand Jury, And The United States Attorney's Office For Racketeering Corrupt Influenced Organization [R.I.C.O.] And Other Crimes Maintaining On-Going Criminal Victimization Against Him/Witness - Complainant

TO THE HONORABLE UNITED STATES DISTRICT JUDGE / COURTS, PRESIDING FOR THE UNITED STATES OF AMERICA FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Comes now, United States Citizen, and Harris County Houston Texas, Resident of 9390 F.M. 1960 APT. 610 Bypass rd. Humble, TX 77336 to with Eric Pernard Roberson [United States Social Security No. ___-__-____ and currently incarcerated in Harris County, Texas under spn# 02351351, brings Criminal Complaints to which Evidence, supported by the record, are herein Identified to sustain the truth and validity of the same. Eric Pernard Roberson, hereafter "Complainant" brings this Action Independently of any other actions, and not as a Civil Right Violation Action, but only as a Criminal Complaint [Action] where Complainant moves the United States Attorney and Grand Jury to obtain evidence and affidavits to initiate immediate Criminal Justice Processing of filing of Criminal Charges/Complaints for Criminal Acts herein identified within sworn witness/victim Affidavits and to provide Complainant any required victim and witness protection against Continued Criminal victimizations by Criminal Acting Parties, and to cause pursuant operations of law the Arrest and Prosecution of such Criminal Actors, and restrained them from Contacting Complainant and in protection of Public Welfare, Investigate the Customs and Practices of these Criminal Actors for Public Safety.

## GENERAL OVER ALL STATEMENT OF THE FACTS UNDERLYING THE COMPLAINTS IN THE AFFIDAVIT

### I

On or about April 18, 2017, Eric Pernard Roberson, and also defendant, was accused, charged, and arrested for an infamous accusation, in which accusation stands alone, lacking material facts to continue defendant's detention.

### II

The defendant has been unlawfully detained for approximately (7) months for Aggravated Robbery, in which defendant has recognized his injuries, and has asserted his rights through the office of Habeas Corpus, whereas no return has been made, nor has a hearing been held upon statute.

### III

Those acting "under color" does not have to be reminded of their duties, and when acknowledged from those who are injuried from their mistake, absent any correction, show malice and corruption supported by the record through the Harris County District Clerk's Office.

### IV

Harris County District Judge Mr. Jim Wallace, Harris County District Attorney's office, and Defense Attorney Jim Barr, knowingly and intentionly conspires on illegal confinement on complainant/victim with no regard to law.

COMPLAINANT Eric Pernard Roberson's ITEMIZED LIST OF PARTICULAR ACTIONS OF EFFECTIVE REDRESS OF HIS Grievance HEREIN MADE UNTO THE UNITED STATES Attorney AND GRAND JURY

(1). The defendant has filed, supported by the record, a writ of habeas Corpus in October 2017. This writ was address to both District Attorney for the State, and District Court 263 Of Harris County, Texas, challenging my restraint and illegal custody, and no return nor hearing was held. And according to Title 18 U.S.C.A. §242, a district-judge and state officials, may be found criminally liable for violation of civil rights even though they may be immune from damages under the civil statute Dennis V. Sparks, 449 U.S. 24 (1980); where knowledge to prove intent is present, and the 14th Amendment is voluntarily violated, and defendant is "Kidnap" against his will and or unlawfully, and authority used for purposes of "Corrupt influenced organization" with knowledge, and no regard for the United States Constitution.

(2). In Ex Parte Williams, 587 S.W.2d 391 (1979), a complaint charging defendant with offense is not sufficient, standing alone, to prevent defendant's release on writ of habeas Corpus.

(3). V.T.C.A., GOVT. Code T.2, Subt. G App. B, Jud. Conduct, Canon 3 states "(5)(B) A judge shall perform judicial duties without bias or prejudice.

(4). Tex. Disciplinary Rule of Professional Conduct Rule 3.1 states "A prosecutor shall not bring a criminal action or threaten to bring a criminal, that the prosecutor knows is not supported by probable cause

## PRAYER

Wherefore, complainant prays that this Supreme Justice excercise it's jurisdiction over this proceeding by excepting complainant's complaint to redress grievance on those involved in criminal conspiring on obstructing justice, inwhich complainant is entitled to justice by the record.

## CERTIFICATE OF SERVICE

I, Erid Pernard Roberson, do certify that a copy by law has been served to the following parties involved by mail through the Harris County District Clerk's Office Mr. Chris Daniel as follows below:

Houston Police Department Internal Affairs Division
Harris County District Judge
Of Court 263rd

x Eric Roberson
02351351
701 N. San Jacinto
Houston, Texas
77002

Harris County District Attorney's Office

Jim Barr TB#01798600
448 W. 19th St. #534 Hou, Tx 77008

COMPLAINANT Eric Pernard Roberson's OFFICIAL COMPLAINING WITNESS STATEMENT WITH AFFIDAVIT

AFFIDAVIT

I Eric Pernard Roberson, United States Social Security Number 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 (Supra) Swears, and declares under penalty of perjury that these statements hereinbelow are true and correct to the best of my knowledge, and that I am over 18 years of age, can read and write the English langauge, and have hereby composed this statement with my own hands, with full knowledge and understanding of their meaning, and without any coercion to do the same, and by the power and authority of Sec. 1746 Title 42 U.S.C.A and Chapter 132 of Texas Civil Practice And Remedies Code I do herewith swear to the truthfulness and complete factuality of the following statement.

Signed on the 8 day of November, 2017.    X Eric P. Roberson
                                              Signature of Complainant

THE STATE OF TEXAS  
VS.  

0235135l

D.A. LOG NUMBER:234721l  
CJIS TRACKING NO.:9265175389-A001

ERIC ROBERSON  
905 CYPRESS STATION  
HOUSTON, TX  

SPN:  
DOB: BM ██████/19██  
DATE PREPARED: 4/19/2017

BY: AP  DA NO: 069051500  
AGENCY:HCSO  
O/R NO: 1761800  
ARREST DATE: 04/19/2017

NCIC CODE: 1204 04

RELATED CASES:

FELONY CHARGE: Aggravated Robbery - Deadly Weapon  
CAUSE NO:  
HARRIS COUNTY DISTRICT COURT NO:     1548367  
FIRST SETTING DATE:                         263

BAIL: $40,000  
PRIOR CAUSE NO:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, ERIC ROBERSON, hereafter styled the Defendant, heretofore on or about APRIL 18, 2017, did then and there unlawfully, while in the course of committing theft of property owned by CLAUDIA MANDUJANO, and with intent to obtain and maintain control of the property, INTENTIONALLY AND KNOWINGLY threaten and place CLAUDIA MANDUJANO in fear of imminent bodily injury and death, and the Defendant did then and there use and exhibit a deadly weapon, namely, A FIREARM.

Before the commission of the offense alleged above, on FEBRUARY 22, 2011, in Cause No. 1208063, in the 177TH District Court of HARRIS County, Texas, the Defendant was convicted of the felony offense of BURGLARY OF A HABITATION.



FILED  
Chris Daniel  
District Clerk  

JUN 2 2 2017  
Time:_____  
Harris County, Texas  
By_____  
Deputy

Foreman                                339th

_Polito J Voz_

FOREMAN OF THE GRAND JURY

AGAINST THE PEACE AND DIGNITY OF THE STATE.

INDICTMENT                q april



